Frank E. Saxon, Clerk of the Circuit Court for Her-

nando County, Appellant, vs. The State of Florida *ex rel.* Amanda Ottolenqui, Appellee.

Appeal from Circuit Court, Hernando county; William A. Hocker, Judge.

W. S. Jennings, for Appellant.

No appearance for Appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals.

Appeal dismissed on praecipe of counsel for appellant.